UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GRAND JURY B-12-1

2013 JAN 15 P 2:00

U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:13CR00011(AVC) |
|---|---|
| v. | VIOLATIONS: |
| KEVIN WALLIN,<br>KENNETH DEVRIES, a.k.a. "Lyme,"<br>MICHAEL NELSON,<br>CHAD McCLUSKEY, and<br>KRISTEN LASCHOBER. | 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(Conspiracy to Distribute and to Possess With Intent to Distribute Methamphetamine)<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession With Intent to Distribute and Distribution of Methamphetamine)<br><br>21 U.S.C. § 853 (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine)

1. From in or about February 2012 to on or about January 10, 2013, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants KEVIN WALLIN, KENNETH DEVRIES, a.k.a. "Lyme," MICHAEL NELSON, CHAD McCLUSKEY, and KRISTEN LASCHOBER, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants KEVIN WALLIN, KENNETH DEVRIES, a.k.a. "Lyme," MICHAEL NELSON, CHAD McCLUSKEY, and KRISTEN LASCHOBER, and others known and unknown to the Grand Jury, would

distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 500 grams or more of a mixture and substance containing methamphetamine, and 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Methamphetamine)

4. On or about September 20, 2012, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Methamphetamine)

5. On or about September 28, 2012, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute and Distribution of Methamphetamine)

6. On or about October 11, 2012, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute and Distribution of Methamphetamine)

7. On or about October 26, 2012, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
(Possession with Intent to Distribute and Distribution of Methamphetamine)

8. On or about November 15, 2012, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN
(Possession with Intent to Distribute and Distribution of Methamphetamine)

9. On or about January 2, 2013, in the District of Connecticut, the defendant KEVIN WALLIN did knowingly and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

10. Upon conviction of one or more of the controlled substance offenses alleged in this Indictment, the defendants KEVIN WALLIN, KENNETH DEVRIES, a.k.a. "Lyme," MICHAEL NELSON, CHAD McCLUSKEY, and KRISTEN LASCHOBER shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841, 846 and 856, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States

Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON


UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY